**Shane PERRY, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 102616**

Missouri Court of Appeals,
Eastern District,
**DIVISION THREE.**

Filed: April 19, 2016

Motion for Rehearing and/or Transfer
to Supreme Court Denied
September 8, 2016

Gwenda R. Robinson, 1010 Market Street, Suite 1100, St. Louis, MO 63101, for appellant.

Chris Koster, Atty. Gen., Shaun J. Mackelprang, Asst. Atty. Gen., P.O. Box 899, Jefferson City, MO 65102, for respondent.

Before Robert M. Clayton III, P.J., Lawrence E. Mooney, J., James M. Dowd, J.

### ORDER

PER CURIAM

The movant, Shane Perry, appeals the motion court's order denying his Rule 24.035 motion for post-conviction relief after an evidentiary hearing. We have reviewed the parties' briefs and the record on appeal and find no clear error. Rule 24.035(k). An opinion would have no precedential value. The parties have been provided with a memorandum, for their information only, setting forth the reasons for this decision.

We affirm the motion court's order denying the movant's Rule 24.035 motion for post-conviction relief. Rule 84.16(b)(2).